UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIA HALL,

           Plaintiff,           Case Number 21-11811
v.                                              Honorable David M. Lawson

FARM JOURNAL, INC.,

           Defendant.
_____/

## ORDER DENYING MOTION TO DISMISS

This matter is before the Court on the defendant's motion to dismiss. After reviewing the parties' submissions and hearing oral argument on April 5, 2022, the Court announced its decision from the bench and denied the defendant's motion.

Accordingly, it is **ORDERED** that the defendant's motion to dismiss (ECF No. 11) is **DENIED** for the reasons stated on the record.

                                                                   s/David M. Lawson
                                                                   DAVID M. LAWSON
                                                                   United States District Judge

Dated:  April 5, 2022