UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIA HALL, RICK ULSH, PATTI DEL
VALLE, and HAROLD SHEFFER,

          Plaintiffs,          Case Number 21-11811
v.                                                Honorable David M. Lawson

FARM JOURNAL, INC.,

          Defendant.
_____/

## STIPULATED ORDER OF PARTIAL DISMISSAL

On August 2, 2022, the parties submitted a stipulation to the Court to dismiss without prejudice plaintiff Tia Hall's claims against defendant Farm Journal.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).  The case therefore will be dismissed as to plaintiff Hall.

Accordingly, it is **ORDERED** that the claims by plaintiff Tia Hall, **ONLY**, against defendant Farm Journal, Inc., shall be **DISMISSED WITH PREJUDICE** and without costs to any party.

It is further **ORDERED** that the plaintiffs' motion for entry of a proposed order regarding substitution (ECF No. 34) and notice of withdrawal of the first amended complaint (ECF No. 37) are **STRICKEN**.

                                                              s/David M. Lawson
                                                               DAVID M. LAWSON
                                                               United States District Judge

Dated:   August 17, 2022