UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RICK ULSH; PATTI DELVALLE; and HAROLD SHEFFER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FARM JOURNAL, INC.,<br><br>Defendant. | Case No. 21-cv-11811-DML-APP<br>Hon. David M. Lawson<br>Magistrate Judge Anthony P. Patti<br><br>**NOTICE OF SETTLEMENT** |

## NOTICE OF SETTLEMENT

The undersigned counsel for Plaintiffs and Defendant submit this Notice to inform the Court the parties have resolved this matter and are preparing documents to memorialize their agreement.

Dated: September 16, 2022

| | |
|---|---|
| BURSOR & FISHER, P.A. | HONIGMAN LLP |
| By: /s/ Philip L. Fraietta (w/consent)<br>Philip L. Fraietta<br>888 Seventh Ave.<br>New York, NY 10019<br>Tel: (646) 837-7150<br>pfraietta@bursor.com | By: /s/ J. Michael Huget<br>J. Michael Huget (P39150)<br>315 E. Eisenhower Parkway, Ste. 100<br>Ann Arbor, MI 48108<br>Tel: (734) 418-4254<br>mhuget@honigman.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

45266123.1

## **CERTIFICATE OF SERVICE**

I certify that on September 16, 2022, I caused the foregoing document to be filed with the Clerk of the Court via the CM/ECF system, which will cause notice of same to be sent to all counsel of record.

By: /s/ J. Michael Huget
J. Michael Huget (P39150)
HONIGMAN LLP
315 E. Eisenhower, Suite 100
Ann Arbor, MI 48108
(734) 418-4254
mhuget@honigman.com

*Attorneys for Defendant*

45266123.1