UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICK ULSH, PATTI DEL VALLE, and HAROLD SHEFFER,

    Plaintiffs,

v.

FARM JOURNAL, INC.,

    Defendant.
_____/

Case Number 21-11811
Honorable David M. Lawson

## DISMISSAL ORDER

Based on the stipulation of the parties (ECF No. 48), it is **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**.

                    s/David M. Lawson
                    DAVID M. LAWSON
                    United States District Judge

Dated: October 4, 2022